In the Matter of the Probate of the Will of LILIAN G. MCCHESNEY, Deceased. MARY L. BROWN et al., Appellants; NATIONAL COMMERCIAL BANK AND TRUST COMPANY OF ALBANY, Respondent.

Argued October 19, 1951; decided December 6, 1951.

*F. Walter Bliss, Warner M. Bouck* and *Earl H. Gallup, Jr.,* for appellants.

*John J. Scully* and *Newton B. Van Derzee, Jr.,* for respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 303 N. Y. 769.]